**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States District Court
Southern District of Texas
FILED

MAY 1 4 2009

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | **CRIMINAL NO. H-** |
| | § | |
| DONALD SCHROEDER | § | |

## H - 09 - 259

### INFORMATION

The United States charges:

### COUNT 1

From on or about January 2009, and continuing to the present, in the Houston Division of the Southern District of Texas and elsewhere,

**DONALD SCHROEDER**

the defendant herein, did knowingly conspire with others known and unknown to commit an offense against the United States, that is, to receive and sell petroleum products, such as condensate, of the value of $5,000 or more, which constituted commerce from the country of Mexico to the State of Texas, knowing the condensate to have been stolen or unlawfully converted, in violation of Title 18, United States Code, Sections 2315 and 371.

TIM JOHNSON
Acting United States Attorney

By: _____

Jim McAliser
Assistant United States Attorney
(713)567-9391

1