United States Courts
Southern District of Texas
FILED

MAY 2 9 2009

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. H-09-259-S |
| DONALD SCHROEDER | | |

### SUPERSEDING INFORMATION

The United States charges:

### COUNT 1

From on or about January 2009, and continuing to the present, in the Houston Division of the Southern District of Texas and elsewhere,

### DONALD SCHROEDER

the defendant herein, did knowingly conspire with others known and unknown to commit an offense against the United States, that is, to receive and sell petroleum products, such as condensate, of the value of $5,000 or more, which constituted commerce from the country of Mexico to the State of Texas, knowing the condensate to have been stolen or unlawfully converted, in violation of Title 18, United States Code, Sections 2315 and 371.

### THE MANNER AND MEANS OF THE CONSPIRACY

It was a part of the conspiracy that:

1. Various companies imported Mexican condensate, which was stolen from PETROLEOS MEXICANOS (PEMEX) PEMEX, into the United States.

3. The import companies sent semi-truck tankers loaded with stolen condensate from Mexico into the U.S. via a land border Port of Entry.

3. The stolen condensate was purchased by U.S. companies from the import companies, knowing it to be stolen.

4. TRAMMO PETROLEUM, through its president, DONALD SCHROEDER, purchased the condensate from U.S. companies knowing it to be stolen.

5. TRAMMO PETROLEUM, though its president, DONALD SCHROEDER, sold the stolen condensate to larger companies.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, the defendant and others performed and caused to be performed, among others, the following overt acts:

1. On or about January 20, 2009, the defendant participated in a telephone conversation with an employee of a U.S. company in which they discussed the problems involved in importing stolen condensate.

2. On or about February 7, 2009, the defendant and others arranged for a barge to be loaded with stolen condensate in Brownsville, Texas.

3. On or about February 7, 2009, the defendant and others arranged for a shipment of stolen condensate to be transported by barge for resale.

In violation of Title 18, United States Code, Sections 2315 and 371.

TIM JOHNSON
Acting United States Attorney

By: _____
Jim McAlister
Assistant United States Attorney
(713)567-9391